UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

OWUSU ANANEH FIREMPONG,

  Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cr-274-10

## ORDER GRANTING MOTION TO EXCUSE DEFENDANT FROM ATTENDING UPCOMING HEARING

This matter is before the Court on Defendant Owusu Ananeh Firempong's motion to excuse defendant from attending upcoming hearing (Dkt. #318). On June 28, 2010, the Court issued an Initial Case Management Order which established a deadline for the filing of pretrial motions, a briefing schedule for the motions, a deadline by which defendants could enter a guilty plea and receive 3rd-level acceptance, and scheduled an omnibus hearing date of August 27, 2010, at which time all pending pretrial motions are to be heard. In the instant motion, defendant Firempong seeks to be excused from attending the August 27, 2010 hearing. A review of the pending motions in this case reveals that defendant Firempong does not have a pending pretrial motion. As such, his presence at the August 27, 2010 hearing is not required. Accordingly,

  **IT IS HEREBY ORDERED** that defendant Firempong's motion to excuse defendant from attending upcoming hearing (Dkt. #318) is **GRANTED**.

Date: August 18, 2010

            /s/ Paul L. Maloney
            Paul L. Maloney
            Chief United States District Judge